UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br><br>v.<br><br>Hunter Seefried,<br><br>Defendant. | Case No. 21-cr-287-2 (TNM) |

### Notice of Adjusted Projected Release Date

Mr. Seefried, through counsel, respectfully notifies the Court that the Bureau of Prisons has further adjusted his projected release date to March 19, 2024.[1]

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
BENJAMIN FLICK
Research & Writing Attorney
Federal Public Defender's Office
625 Indiana Ave, NW, Suite 550
Washington, D.C. 20004

---

[1] *See* Bureau of Prisons, *Inmate locator*, available at https://www.bop.gov/inmateloc/ (reporting an individual's projected release date).

1